UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF | ) | |
| | ) | |
| GREGORY PATRICK ACKERMAN | ) | BANKRUPTCY CASE NUMBER 08-13584 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS WITH CLERK

Comes now the undersigned, Yvette Gaff Kleven, Trustee, and by way of notice states the following:

1. The undersigned is the duly appointed Chapter 7 Trustee in the bankruptcy in the above-entitled matter.

2. The Trustee filed her Final Report And Distribution Summary on April 26, 2010, and issued checks as proposed in said proposed distribution.

3. That Check #104 issued to Jodi Ackerman, 522 ½ North Cowen Street, Garrett, IN 46738 on May 20, 2010 in the amount of $196.47 was returned as undeliverable by the Post Office.

4. That the Trustee hereby gives notice that such amount of **$196.47** is being presented to the Clerk of the United States Bankruptcy Court for the benefit of such claimant.

Respectfully submitted,

___/s/ Yvette Gaff Kleven_____
Yvette Gaff Kleven, Chapter 7 Trustee
927 South Harrison Street
Fort Wayne, Indiana  46802
Telephone:  260 / 407-7000
ygk@sak-law.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of May, 2010, a true and correct copy of the above and foregoing Notice Of Deposit Of Unclaimed Funds With Clerk was transmitted electronically through the Bankruptcy Court's ECF System to: United States Trustee, USTPRegion10.SO.ECF@usdoj.gov,, and was sent via first class United States mail, postage prepaid, to: Jodi Ackerman, 522 ½ North Cowen Street, Garrett, IN 46738

    /s/ Yvette Gaff Kleven
Yvette Gaff Kleven